Brewster H. Jamieson, ABA No. 8411122
LANE POWELL LLC
301 W. Northern Lights Blvd., Suite 301
Anchorage, Alaska 99503-2648
Telephone: 907-264-3325
Facsimile: 907-276-2631
Email: JamiesonB@lanepowell.com
Attorneys for Defendant Metropolitan Life
Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT ANCHORAGE

KAREN SEEKATZ,

                Plaintiff,

v.

BP CORPORATION GROUP UNIVERSAL LIFE PLAN; and, METROPOLITAN LIFE INSURANCE COMPANY,

                Defendants.

Case No. 3:15-cv-00017-RRB

**STIPULATION FOR**
**DISMISSAL WITH PREJUDICE**

COME NOW, the parties, by and through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Fed. R. Civ. P., and stipulate that this action may be dismissed with prejudice, with each of the parties to bear their own costs and attorney's fees.

Dated: July 31, 2017

LANE POWELL LLC
Attorneys for Defendant

By  s/ Brewster H. Jamieson
    Brewster H. Jamieson, ABA No. 8411122
    Michael B. Baylous, ABA No. 0905022

Dated: July 31, 2017

JOHNSON KAMAI & TRUEB, LLC

By  s/ Douglas G. Johnson (w/consent)
    Douglas G. Johnson, ABA No. 9511061

LAW OFFICE OF ROBERT STONE, LLC

Dated: July 31, 2017

By  s/ Robert D. Stone (w/consent)
    Robert D. Stone, ABA No. 9411128

Attorneys for Plaintiff

I certify that on July 31, 2017, a copy of
the foregoing was served electronically on:
Robert D. Stone, marysummers@stonelawalaska.com
Douglas G. Johnson, djohnson@jktlegal.com

s/ Brewster H. Jamieson