IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KAREN SEEKATZ,<br><br>        Plaintiff,<br><br>vs.<br><br>BP CORPORATION GROUP UNIVERSAL LIFE PLAN; and METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendants. | Case No. 3:15-cv-00017-RRB<br><br>**ORDER OF DISMISSAL** |

This matter is hereby DISMISSED WITH PREJUDICE pursuant to the parties' Stipulation for Dismissal with Prejudice at Docket 50.

IT IS SO ORDERED this 2nd day of August, 2017, at Anchorage, Alaska.

                                                            */s/ Ralph R. Beistline*
                                                            RALPH R. BEISTLINE
                                                    Senior United States District Judge